# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JOSHUA LEE MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case Number: 18-1076 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**Dated:** 7/24/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court